MARK D. JOHNSON SBN 90544
12232 E Kings Canyon
Sanger, CA 93657
(559) 250-1547
mdjlaw@verizon.net

MONA ZAHEDI SBN 330711
Attorney at Law
8484 Wilshire Blvd., Suite 700
Beverly Hills, CA 90211
(310) 866-9007
mzahediesq@gmail.com
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES<br><br>             Plaintiff,<br><br>    v.<br><br>DANIEL VILLATORO<br><br>             Defendant. | No.  1:20-po-00289-SAB<br><br>**REQUEST TO ADVANCE HEARING**<br><br>**&**<br><br>**ORDER TO ADVANCE HEARING** |

1. Defendant by and through his Attorneys respectfully Requests that the Arraignment Hearing, previously Reset for November 19th, 2020 at 10:00 am, be Advanced to October 23, 2020 at 2:00 pm.

1

ORDER

Good Cause Appearing, it is hereby Ordered to Advance said Hearing, previously Reset for November 19th, 2020 at 10:00 am, be Advanced to October 23, 2020 at 2:00 pm. The defendant is ordered to appear via video.

IT IS SO ORDERED.

Dated:   **October 20, 2020**

UNITED STATES MAGISTRATE JUDGE